ROOSEVELT L. CLARK, Appellant, v. J. & C. AUDITORE, INC., Respondent.— Judgment upon nonsuit modified by providing that the dismissal of the complaint shall be without prejudice; and as so modified unanimously affirmed, without costs.   Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

ADA DECKER, as Administratrix, etc., of FRANK DECKER, Deceased, Respondent, v. ADOLPH ZUKOR, Appellant, and MILDRED Z. LOEW, Defendant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

KENNETH C. EBBITT, an Infant, by NICHOLAS J. EBBITT, His Guardian ad Litem, Appellant, v. YONKERS RAILROAD COMPANY, Respondent.— Order directing physical examination of plaintiff modified by striking out the last paragraph thereof; and as so modified unanimously affirmed, without costs.   There is no warrant for directing the presence of defendant's physician at the examination. Plaintiff does not wish to have any physician present.   Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

ADOLPH FRANK, Respondent, v. MAE HAUSER, Appellant.   ISIDORE FRANK, Defendant.— Order denying appellant's motion for judgment dismissing complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted.   We are of opinion that plaintiff has failed to show that his action is based upon a contract in writing, or a note or memorandum thereof signed by defendant, appellant, or her duly authorized agent, sufficient to satisfy the Statute of Frauds,* and that, under the circumstances, the learned Special Term erred in denying defendant Hauser's motion to dismiss the complaint. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

BARNETT FRIEDMAN, Respondent, v. ESTHER GELLIS, Defendant.   WOLFEREEN HOLDING CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

MABEL P. GADE, Appellant, v. JAMES A. FINNEGAN and Others, Respondents. — Order denying motion to strike out defense reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to defendants to serve an amended answer within ten days upon payment of such costs.   The defendants may have been invited by the tenant of the premises to enter the room of plaintiff, but without an allegation of facts showing the relationship between plaintiff and the tenant, and that upon that basis the tenant had the right to invite the defendants into the room of plaintiff, a defense is not made out.   Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

---

* See Real Prop. Law, § 259; Rules Civ. Prac. rule 107, subd. 8.—[REP.